AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

___EASTERN___ District of ___ARKANSAS___

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

RONNIE LEE ROWE

Case Number: 4:02-CR-00198-01 GTE

USM Number: 21969-009

**Date of Original Judgment:** 8-23-2003
**(Or Date of Last Amended Judgment)**

Madison P. Aydelott, III
Defendant's Attorney

Upon motion of  **X** the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  **X** GRANTED and the defendant's previously imposed sentence of imprisonment of ___141__ months to be served concurrently with sentence imposed in 4:99-CR-110(2) is reduced to _**113 months**_ to be served concurrently with sentence imposed in 4:99-CR-110(2) .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): ___35___       Amended Offense Level: _____33_____
Criminal History Category: ____II____       Criminal History Category:_____II____
Previous Guideline Range: __188__to_ 235_months    Amended Guideline Range: __151 _to_ 188_months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)


Except as provided above, all provisions of the judgment dated __August 23, 2003_ shall remain in effect.
**IT IS SO ORDERED.**

_ June 24, 2008_____        _/s/Garnett Thomas Eisele_____
Order Date                        Signature of Judge

_____          G. Thomas Eisele, Sr. District Judge_____
Effective Date (if delayed)       Name and Title of Judge